# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOMALTUS LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> ASUS COMPUTER INTERNATIONAL § <br> § <br> Defendant. § <br> _____ § <br> SOMALTUS LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC. and SAMSUNG ELECTRONICS CO., § <br> LTD., § <br> § <br> Defendants. § <br> _____ § | Case No: 2:16-CV-00757-JRG-RSP <br><br> LEAD CASE <br><br><br><br><br><br> Case No: 2:16-CV-00760-JRG-RSP <br><br> CONSOLIDATED CASE |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Somaltus, LLC's unopposed motion to dismiss without prejudice Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. ("Samsung") pursuant to Fed. R. Civ. P. 41 (a)(2).

Therefore, IT IS ORDERED that Plaintiff's claims against Samsung are dismissed without prejudice with each party to bear its own fees and costs.  IT IS FURTHER ORDERED that, upon completion of settlement, either party may move to amend this Order to be "with prejudice."

**SIGNED this 27th day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE