IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOMALTUS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> ASUS COMPUTER INTERNATIONAL <br><br> Defendant. | § § § § § § § § § § | Case No: 2:16-cv-757-JRG-RSP <br><br> LEAD CASE |
| SOMALTUS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELCTRONICS, CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | § § § § § § § § § § § § § § § | Case No: 2:16-cv-760-JRG-RSP <br><br> CONSOLIDATED CASE |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this date, the Court considered Plaintiff Somaltus, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims asserted by Somaltus, LLC against Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. are dismissed with prejudice.

**SIGNED this 23rd day of March, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE